# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Agilent Technologies | 11/28/2022 | 266262 | Check | $ 4,489.70 |
| Akorn Operating Company, LLC | Agilent Technologies | 12/7/2022 | 266358 | Check | $ 18,955.92 |
| Akorn Operating Company, LLC | Agilent Technologies | 1/6/2023 | 266893 | Check | $ 3,026.82 |
| Akorn Operating Company, LLC | Agilent Technologies | 1/12/2023 | 266970 | Check | $ 118,249.61 |
| Akorn Operating Company, LLC | Agilent Technologies | 1/19/2023 | 267048 | Check | $ 9,006.59 |
| Akorn Operating Company, LLC | Agilent Technologies | 2/8/2023 | 267154 | Check | $ 12,369.91 |
| Akorn Operating Company, LLC | Agilent Technologies | 2/8/2023 | 267275 | Check | $ 1,690.97 |
| Akorn Operating Company, LLC | Agilent Technologies | 2/21/2023 | 267324 | Check | $ 759.07 |
| | | | | | $ 168,548.59 |