IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50098 (KBO) |
| v. | |
| AGILENT TECHNOLOGIES, | Re: Adv. D.I. 1 |
| Defendant. | |

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING**

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Agilent Technologies (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 24, 2025 [Adv. D.I. 3].

3. Plaintiff filed its motion for order establishing streamlined procedures on May 8, 2025 [Adv. D.I. 4] (the "Procedures Motion").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. Defendant's deadline to respond to the Complaint is May 27, 2025.

5. The parties agree that Defendant shall have through and including June 24, 2025, to answer or otherwise plead to the Complaint.

6. The parties agree that, if the Court issues an order approving the Procedures Motion before June 24, 2025 then the Defendant's deadline to answer or otherwise respond to the Complaint shall be further extended as provided in that order.

Dated: May 22, 2025

| **Saul Ewing LLP** | **Reed Smith LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Paul D. Moak* |
| Evan T. Miller (DE Bar No. 5364) | Paul D. Moak |
| Paige N. Topper (DE Bar No. 6470) | 1221 McKinney Street |
| 1201 N. Market Street, Suite 2300 | Suite 2100 |
| Wilmington, DE 19801 | Houston, TX 77010 |
| Telephone: (302) 421-6800 | Telephone: (713) 469-3661 |
| evan.miller@saul.com | pmoak@reedsmith.com |
| paige.topper@saul.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |