**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>AGILENT TECHNOLOGIES,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br><br><br>**Re: Adv. D.I. 1 & 6** |

**STIPULATION TO EXTEND TIME**

In accordance with the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order"), counsel for George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al. ("Plaintiff"), and counsel for Agilent Technologies ("Defendant"), hereby stipulate as follows:

　　　1.　　Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

2.    On June 11, 2025, the Court entered the Procedures Order in this adversary proceeding, which, among other things, allows Plaintiff and Defendant to stipulate to an extension of the deadlines in the Procedures Order without further Court approval.  Procedures Order ¶ 47.

3.    Pursuant to the Procedures Order, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are extended by 30 days, and Defendant's deadline to answer or otherwise respond to the Complaint is extended until August 25, 2025.

Dated: July 21, 2025

| **SAUL EWING LLP** | **REED SMITH LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Paul D. Moak* |
| Evan T. Miller (DE Bar No. 5364) | Paul D. Moak |
| Paige N. Topper (DE Bar No. 6470) | 1221 McKinney Street |
| 1201 N. Market Street, Suite 2300 | Suite 2100 |
| Wilmington, DE 19801 | Houston, TX 77010 |
| Telephone: (302) 421-6800 | Telephone: (713) 469-3661 |
| evan.miller@saul.com | pmoak@reedsmith.com |
| paige.topper@saul.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |