# EXHIBIT 1

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[2]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                                 Plaintiff,<br>   v.<br><br>AGILENT TECHNOLOGIES,<br><br>                                Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br>**Re: Adv. D.I. 1, 6, 10, 11, 12, __** |

## STIPULATED CONSENT ORDER TO EXTEND TIME

The Court having considered the *Stipulation to Extend Time* attached hereto as Exhibit 1, it is HEREBY ORDERED THAT:

1. The Stipulation to Extend Time is approved.

2. All unexpired deadlines under the Procedures Order are extended by 14 days, to and including November 10, 2025.

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

56565448.1
393059-00001

# EXHIBIT 1

## Stipulation to Extend Time

56565448.1
393059-00001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[3]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AGILENT TECHNOLOGIES,<br><br>　　　　　　　　Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br>**Re: Adv. D.I. 1, 6, 10, 11, 12 & \_\_** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[3] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

56565448.1
393059-00001

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

3. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 10], all unexpired deadlines established by the Procedures Order were extended by 30 days and Defendant's deadline to answer or otherwise respond to the Complaint was extended until August 25, 2025.

4. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 11], all unexpired deadlines established by the Procedures Order, including Defendant's deadline to answer or otherwise respond to the Complaint, were further extended to, and including, September 25, 2025.

5. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 12], all unexpired deadlines established by the Procedures Order, including Defendant's deadline to answer or otherwise respond to the Complaint, were further extended to, and including, October 27, 2025.

6. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are further extended by an additional fourteen (14) days, to and including November 10, 2025.

Dated: October 20, 2025

| **SAUL EWING LLP** | **REED SMITH LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Paul D. Moak* |
| Evan T. Miller (DE Bar No. 5364) | Paul D. Moak |
| Paige N. Topper (DE Bar No. 6470) | 1221 McKinney Street |
| 1201 N. Market Street, Suite 2300 | Suite 2100 |
| Wilmington, DE 19801 | Houston, TX 77010 |
| Telephone: (302) 421-6800 | Telephone: (713) 469-3661 |
| evan.miller@saul.com | pmoak@reedsmith.com |
| paige.topper@saul.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |