IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                          Plaintiff,<br>     v.<br><br>AGILENT TECHNOLOGIES,<br><br>                          Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br>**Re: Adv. D.I. 1, 6, 10, 11, 12, 13 & 14** |

**CERTIFICATION OF COUNSEL REGARDING**
**SECOND STIPULATED CONSENT ORDER**

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al*. (the "Plaintiff"), hereby certifies as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3. The Procedures Order ¶ 47 permits the parties to extend deadlines three times without a court order.

4. Plaintiff and Defendant continue to engage in discussions to resolve the case, and have already extended case deadlines three times via prior filed stipulations. See [D.I. 10, 11, 12].

5. Pursuant to the *Stipulated Consent Order to Extend Time* [Adv. D.I. 14], Plaintiff and Defendant stipulated that all unexpired deadlines under the Procedures Order were extended to and including November 10, 2025.

6. Plaintiff and Defendant seek to further extend these deadlines to continue discussions.

7. Plaintiff and Defendant have agreed to the proposed form of order and stipulation attached hereto as **Exhibit 1**, extending all unexpired deadlines under the Procedures Order to, and including, December 5, 2025.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

| | |
|---|---|
| Dated: November 6, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br> /s/ Evan T. Miller <br>Evan T. Miller (No. 5364)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Tel: (302) 421-6800<br>E-mail: evan.miller@saul.com<br>          paige.topper@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.* |