# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[2]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>AGILENT TECHNOLOGIES,<br><br>Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br>Re: Adv. D.I. 1, 6, 10, 11, 12, 13, 14 & 15 |

## STIPULATED CONSENT ORDER TO EXTEND TIME

The Court having considered the *Stipulation to Extend Time* attached hereto as Exhibit 1, it is HEREBY ORDERED THAT:

1. The Stipulation to Extend Time is approved.

2. All unexpired deadlines under the Procedures Order are extended, to and including, December 5, 2025.

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

**Dated: November 10th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

56681624.1
393059-00001