# EXHIBIT 1

**Stipulation to Extend Time**

56681624.1
393059-00001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>      Plaintiff,<br>v.<br><br>AGILENT TECHNOLOGIES,<br><br>      Defendant. | Adv. Proc. No. 25-50098 (KBO)<br><br>**Re: Adv. D.I. 1, 6, 10, 11, 12, 13, 14 & 15** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[3] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

56681624.1
393059-00001

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

3. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 10], all unexpired deadlines established by the Procedures Order were extended by 30 days and Defendant's deadline to answer or otherwise respond to the Complaint was extended until August 25, 2025.

4. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 11], all unexpired deadlines established by the Procedures Order, including Defendant's deadline to answer or otherwise respond to the Complaint, were further extended to, and including, September 25, 2025.

5. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 12], all unexpired deadlines established by the Procedures Order, including Defendant's deadline to answer or otherwise respond to the Complaint, were further extended to, and including, October 27, 2025.

6. Pursuant to the *Stipulated Consent Order to Extend Time* [Adv. D.I. 14], Plaintiff and Defendant stipulated that all unexpired deadlines under the Procedures Order were further extended to, and including, November 10, 2025.

7. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are further extended, to and including, December 5, 2025.

Dated: November 6, 2025

| **SAUL EWING LLP** | **REED SMITH LLP** |
|---|---|
| /s/ *Evan T. Miller* | |
| Evan T. Miller (DE Bar No. 5364) | /s/ *Paul D. Moak* |
| Paige N. Topper (DE Bar No. 6470) | Paul D. Moak |
| 1201 N. Market Street, Suite 2300 | 1221 McKinney Street |
| Wilmington, DE 19801 | Suite 2100 |
| Telephone: (302) 421-6800 | Houston, TX 77010 |
| evan.miller@saul.com | Telephone: (713) 469-3661 |

56681624.1
393059-00001

paige.topper@saul.com              pmoak@reedsmith.com

*Counsel for Plaintiff*             *Counsel for Defendant*

56681624.1
393059-00001