**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| **Schedule of Settlements Subject to Notice of Settlement Provisions** |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
| Accuristix | $22,670.19 | $13,500.00 | 25-50386 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Agilent Technologies | $168,548.59 | $30,000.00 | 25-50098 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Armstrong Relocation & Companies LLC | $24,363.50 | $10,000.00 | 25-50091 | Settlement is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Chemo Iberica, S.A. | $76,050.00 | $5,000.00 | 25-50110 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| EG Life Sciences, LLC | $53,647.50 | $5,000.00 | 25-50136 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Jackson Lewis, P.C. | $137,400.50 | $20,000.00 | 25-50176 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Henderson Constructors Inc. | $321,208.29 | $18,000.00 | 25-50338 | Settlement is at least 45% of the estimated net preference liability after accounting for defenses under 547(c)(2) and 550. |
| MSI Blue | $89,416.91 | $37,295.78 [3] | 25-50174 | Settlement amount equates to at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| North American Corporation of IL | $49,268.99 | $10,000.00 | 25-50111 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Phenomenex, Inc. | $33,086.70 | $6,664.76 | 25-50161 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SGS North America | $78,901.51 | $4,250.00 | 25-50349 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| System One Holdings LLC | $46,130.86 | $13,500.00 | 25-50210 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

2

| | | | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
|---|---|---|---|---|
| Wissen Digital Inc. | $60,007.00 | $15,000.00 | 25-50221 | |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3] Amount is based solely upon the value of the reduction of the defendant's alleged claim against the Debtors, multiplied by current distribution rates for unsecured claims (19.2%). *See* Distribution Motion.

2